# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br> Plaintiff(s), <br> vs. <br> JOHN AND JANE DOES, <br> Defendant(s). | Case No. 2:17-cv-00123-JCM-NJK <br> **ORDER** |

Pending before the Court is a letter from Jacqueline R. Pieritz. Docket No. 12. As Ms. Pieritz is appearing *pro se*, the Court construes her filings liberally. The Court construes the letter as a motion to quash the subpoena Plaintiff served on Charter Communications based on the fact that her I.P. address differs from the I.P. address identified. The Clerk's Office is **INSTRUCTED** to update the docket accordingly. Any response to the motion shall be filed by May 4, 2017, and any reply shall be filed by May 15, 2017. Any reply shall also attach the underlying subpoena at issue.

IT IS SO ORDERED

Dated: April 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge