# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:17-cv-00123-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| JOHN AND JANE DOES, | |
| Defendant(s). | |

The Court ordered Plaintiff to serve Charter Communications with a copy of the order quashing the subpoena as it relates to Ms. Pieretz, and to file a proof of service by noon on May 8, 2017. Docket No. 17. Plaintiff failed to file such a proof of service. Accordingly, Plaintiff shall file that proof of service by noon on May 10, 2017. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS**.

IT IS SO ORDERED

Dated: May 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge