CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>SAVANNAH RONFELDET, JACQUELYN DISMUKE, PAUL ABATIE, MICHAEL HUGHES,<br><br>Defendants. | Case No.: 2:17-cv-00123-JCM-NJK |

## JOINT STIPULATION TO DISMISS DEFENDANT MICHAEL HUGHES

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ME2 PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant MICHAEL HUGHES in proper person, hereby stipulate and agree to dismiss Defendant **MICHAEL HUGHES** from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised by

HAMRICK & EVANS LLP

Defendant MICHAEL HUGHES against Plaintiff ME2 PRODUCTIONS, INC., each party to bear its own fees and costs.

*Respectfully submitted September 5, 2017*

HAMRICK & EVANS LLP                                  MICHAEL HUGHES

/s/ Charles C. Rainey                                /s/ Michael Hughes
CHARLES C. RAINEY, ESQ.                              MICHAEL HUGHES
Nevada Bar No. 10723                                 Defendant in proper person
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*

## ORDER

Based on the parties' stipulation [ECF No. 43] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by MICHAEL HUGHES are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September 21, 2017.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

Defendant MICHAEL HUGHES against Plaintiff ME2 PRODUCTIONS, INC., each party to bear its own fees and costs.

*Respectfully submitted September 5, 2017*

HAMRICK & EVANS LLP

_____
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*

MICHAEL HUGHES

_____
MICHAEL HUGHES
Defendant in proper person

## ORDER

Based on the parties' stipulation [ECF No. 43] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by MICHAEL HUGHES are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada _____.

_____
UNITED STATES DISTRICT JUDGE

2