**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No.: 2:17-cv-00123-JCM (NJK) |
| Plaintiff, | |
| vs. | **DEFAULT JUDGMENT** |
| SAVANNAH RONFELDET, | |
| Defendant. | |

This matter comes before the Court upon motion made by ME2 PRODUCTIONS, INC. ("Plaintiff") for default judgment against defendant SAVANNAH RONFELDET for failure to answer or otherwise defend against the Plaintiff's First Amended Complaint. This Court, having considered the motion, Plaintiff's memorandum of law in support of its motion, and the supporting Declaration of Attorney Charles C. Rainey, Esq., with accompanying exhibits, together with the pleadings, records, and papers filed herein, concludes that the motion should be GRANTED in part and DENIED in part and enters the following JUDGMENT:

The Clerk of the Court, noting the failure of Defendant SAVANNAH RONFELDET to Answer or otherwise respond to the Plaintiff's Complaint or First Amended Complaint, as on file herein, has issued and entered into the record Default against the foregoing Defendant [ECF No. 46].

Defendant SAVANNAH RONFELDET willfully infringed Plaintiff's rights in violation of 17 U.S.C. §§ 101 *et seq*.

The conduct of Defendant SAVANNAH RONFELDET was willful, intentional, and in disregard of and indifferent to Plaintiff's rights, and such conduct caused harm to Plaintiff and deprived Plaintiff of income.

Upon this record, the Court adjudges and decrees as follows:

1. The Court hereby **AWARDS** statutory damages to the Plaintiff against Defendant SAVANNAH RONFELDET, in the amount of $1,500.00 pursuant to 17 U.S.C. § 504.

2. The Court further **AWARDS** to the Plaintiff against Defendant SAVANNAH RONFELDET, fees and costs, including reasonable attorneys' fees, in the amount of $6,217.50 pursuant to 17 U.S.C. § 505.

**IT IS SO ORDERED AND ADJUDGED.**

Signed on this  27th  day of _____April_____, 2018, at Las Vegas, Nevada

By: _____
UNITED STATES DISTRICT JUDGE

CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS, LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
Telephone No.: (702) 425-5100
Fax No.: (818) 763-2308

*Attorneys for Plaintiff*
ME2 PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No.: 2:17-cv-00123-JCM (NJK) |
| Plaintiff, | |
| vs. | |
| SAVANNAH RONFELDET, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, the undersigned employee of **HAMRICK & EVANS**, hereby certify that I served the foregoing **[PROPOSED] DEFAULT JUDGMENT** upon SAVANNAH RONFELDET, Defendant in the above-referenced case, by mailing a copy of the foregoing document to the following address via first class mail postage prepaid:

SAVANNAH RONFELDET
7458 Corcoran Street
Las Vegas, NV 89148-2673

Dated April 23, 2018.

       /s/ Heather Martindale
An Employee of Hamrick & Evans, LLP

---

CERTIFICATE OF SERVICE
- 1 -